UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
ILLINOIS WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE No. 18 – 81432 |
| | ) | |
| **DONNA J. NEELY,** | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Lynch |

## FINAL PRETRIAL ORDER

THE FOLLOWING TERMS SHALL GOVERN THE FUTURE COURSE OF THIS PROCEEDING. **FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN WAIVER OF CLAIMS OR DEFENSES, DISMISSAL, DEFAULT, EXCLUSION OR ADMISSION OF EVIDENCE OR OTHER SANCTION, AS JUSTICE MAY REQUIRE.**

UPON DUE NOTICE, all parties being afforded due and sufficient opportunity to present all matters necessary for the Court's consideration; the Court having considered the Joint Pretrial Statement ("Joint Statement") (ECF No. 51), Debtor's Statement of Position (ECF No. 49) and Mark Neely's Statement (ECF No. 52); and the Court being further advised in the premises;

IT IS HEREBY ORDERED that trial of the pending motion for relief, objections, claims and disputes by and between the Debtor Donna J. Neely and the Objector/ Claimant Mark Neely in this case shall be conducted as follows:

1. Continuances. No continuance of the trial date or other relief from this Final Pretrial Order will be granted except for good cause shown.

2. Discovery. Discovery is closed.

3. Pleadings and Dispositive Motions. This Order incorporates by reference paragraph 3 of the Joint Statement. No party having filed or requested leave to file motions for relief at the threshold or for relief under Fed. R. Civ. 56, the time to do so is closed.

4. Exhibits. The parties are to separate and clearly mark the exhibits to be used at trial which were referenced in paragraph 4 and Exhibit A to the Joint Statement to eliminate "group exhibits" and duplicate exhibits. Only the exhibits disclosed in the Joint Statement may be introduced at trial, except for rebuttal purposes. On or before April 2, 2019, the parties shall file with the court a statement that lists each exhibit re-labeled as directed, indicating for each whether an objection is raised as to its authenticity, completeness or admissibility.

5. Witnesses. This Order incorporates by reference paragraph 5 of the Joint Statement. No other witness will be permitted to testify, except for rebuttal witnesses.

6. Stipulations. This Order incorporates by reference paragraph 7 of the Joint Statement.

7.  <u>Further Hearings and Trial</u>. Upon further consideration, the Court will <u>not</u> conduct the separate pretrial conference and any other matter in this case that were previously scheduled for April 8, 2019, and the Clerk of the Court may strike that hearing date by docket entry. The Court has determined that a total of 6 hours will be allotted for trial. Opening statements will be allowed only if specially requested by counsel for good cause shown.

8.  **This matter is set for trial to begin at 10:00 a.m. on April 9, 2019 in Courtroom 3100 at the Stanley J. Roszkowski United States Courthouse, 237 South Church Street, Rockford, Illinois, Courtroom 3100.** Counsel for the respective parties shall be present in the courtroom and available to meet with the Court no later than 9:45 a.m.

Date: March 8, 2019

ENTER:

*[signature]*

Thomas M. Lynch
United States Bankruptcy Judge